IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE GIBSON,

    Plaintiff,

vs.

GEORGE GALAZA, et al.,

    Defendants.

CV F 00 5381 AWI  WMW  P

<u>ORDER RE MOTIONS  (DOC 106, 108)</u>

Plaintiff has filed two motions for a temporary restraining order.  Plaintiff has failed to comply with the requirements of Local Rule 65-231 regarding the filing of motions for injunctive relief.  Plaintiff's motions for a temporary restraining order filed on December 3 and December 10, 2004, are therefore stricken.

IT IS SO ORDERED.

**Dated:   August 9, 2005**             /s/  William M. Wunderlich
mmkd34                               UNITED STATES MAGISTRATE JUDGE

1