IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE GIBSON,

        Plaintiff,                CV F 00 5381 AWI WMW   P

    vs.                           ORDER RE MOTIONS (DOCS 129, 130)

GEORGE GALAZA,, et al.,

        Defendants.

        On April 20 and April 25, 2005, plaintiff submitted opposition to defendant's motion for summary judgment.  Plaintiff's opposition, though styled as motions, include plaintiff's argument and evidence in opposition to defendant's motion for summary judgment. To the extent that any relief other than denial of summary judgment is sought, the motions are denied.

IT IS SO ORDERED.

**Dated:    March 8, 2006    **              /s/  William M. Wunderlich
mmkd34                     UNITED STATES MAGISTRATE JUDGE

1