IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE GIBSON,

      Plaintiff,                    CV F 00 5381 AWI WMW   P

vs.                            ORDER RE MOTIONS
                                     (DOCS 146, 148, 151, 150, 152, 155, 156 )

GEORGE GALAZA, et al.,

      Defendants.

      Plaintiff is a state prisoner proceeding pro se. Pending before the court are Plaintiff's various pretrial motion. On March 29, 2006, Defendants' motion for summary judgment was denied. Concurrent with this order, an order will be issued, directing the parties to submit status reports. The court will then issue a litigation schedule, setting a trial date and addressing other pretrial matters. Plaintiff's motions are therefore premature.

      Accordingly, IT IS HEREBY ORDERED that Plaintiff's pretrial motions filed between April 12 and June 1, 2006, are denied as premature.

IT IS SO ORDERED.

**Dated:   July 17, 2006**                 /s/ William M. Wunderlich

1

| | |
|---|---|
| 1   mmkd34 | UNITED STATES MAGISTRATE JUDGE |