IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE GIBSON,

      Plaintiff,　　　　　　　　　　CV F 00 5381 AWI WMW   P

  vs.　　　　　　　　　　　　　　　　FINDINGS AND RECOMMENDATION
　　　　　　　　　　　　　　　　　　　　RE MOTION FOR INJUNCTIVE RELIEF
　　　　　　　　　　　　　　　　　　　　(DOC 160 )

GEORGE GALAZA, et al.,

      Defendants.

      Plaintiff is a state prisoner proceeding pro se.  Pending before the court is Plaintiff's motion for injunctive relief.   Plaintiff is an inmate at High Desert prison, and seeks a restraining order against the enforcement of certain policies at that prison.

      This action proceeds against Defendant Walker for a single incident of excessive force while Plaintiff was housed at CSP Corcoran in 2000.  There are no defendants in this action employed at High Desert State Prison.  The court must have personal jurisdiction over the parties to be enjoined; it may not enjoin defendants not yet served or before the court. <u>Zepeda v. United States I.N.S.</u>, 753 F.2d 719, 727 (9th Cir. 1983).

      Accordingly, IT IS HEREBY RECOMMENDED that Plaintiff's motion for injunctive relief be denied.

      These findings and recommendations are submitted to the United States District

1

Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time waives all objections to the judge's findings of fact. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). Failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:   February 13, 2007**          **/s/  William M. Wunderlich**
mmkd34                                  UNITED STATES MAGISTRATE JUDGE