IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE GIBSON,

    Plaintiff,                                   CV F 00 5381 AWI WMW   P

  vs.                                          ORDER RE MOTIONS
                                                  (DOCS 163, 164)

GEORGE GALAZA, et al.,

    Defendants.

        Plaintiff is a state prisoner proceeding pro se. Pending before the court is Plaintiff's motion to return documents to Plaintiff and Plaintiff's motion to compel.

        Plaintiff seeks the return of motions that he has filed with the court. Pleadings filed with the court become part of the docket and are in the custody of the Clerk of Court, and shall be kept in the custody of the Clerk. Local Rule 39-138(a). The motion should therefore be denied. As to Plaintiff's motion to compel, discovery in this matter is closed.

        Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to compel and motion for the return of documents are denied.

IT IS SO ORDERED.

1

| | |
|---|---|
| Dated:   **February 15, 2007**<br>mmkd34 | **/s/  William M. Wunderlich**<br>UNITED STATES MAGISTRATE JUDGE |