IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLARENCE GIBSON,** | CV-F-00-5381 AWI WMW P |
| **Plaintiff**, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |
| v. | |
| | **ORDER DENYING PLAINTIFF'S MOTIONS FOR INJUNCTIVE RELIEF** |
| **GEORGE GALAZA, et al.,** | |
| **Defendants**. | [Docs. #160] |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 13, 2007, the Magistrate Judge filed a Findings and Recommendations that recommended Plaintiff's motion for injunctive relief be denied.  The Findings and Recommendations contained notice that any objections to the Findings and Recommendations were to be filed within thirty days.  On February 26, 2007, Plaintiff filed objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the Findings and Recommendations to be supported by the record and by proper

analysis.    In his objections, Petitioner does not address his requested injunction.  Rather, Plaintiff complains about various actions the remaining Defendant and his counsel have taken in this action.   There arguments are not grounds for an injunction.   As explained by the Magistrate Judge, a federal court is a court may only issue an injunction if it has personal jurisdiction over the parties and subject matter jurisdiction over the claim; *it may not attempt to determine the rights of persons not before the court.*" <u>Zepeda v. United States Immigration Service</u>, 753 F.2d 719, 727 (9th Cir. 1985) (emphasis added).  At this juncture, the court does not have jurisdiction to issue the injunctive order sought by Plaintiff.

Accordingly, the court ORDERS that:

1. The Findings and Recommendations filed on February 13, 2007 are ADOPTED in full;
2. Plaintiff's motions for injunctive relief are DENIED (document #160).

IT IS SO ORDERED.

**Dated:   March 19, 2007**             /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE

2