# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

**CLARENCE GIBSON,**

      **Plaintiff,**           **CV F 00 5381 AWI WMW P**

  **vs.**                        **ORDER RE MOTIONS (DOCS 172, 174, 177, 179, 180, 181, 182, 189, 192, 193 )**

**GEORGE GALAZ, et al.,**

      **Defendants.**

      **Plaintiff has filed several motions raising various pretrial issues that will be resolved in a pretrial order. The court will issue an order setting forth specific instructions for the filing of a pretrial order.**

**Until such time as the court issues the pretrial order, these issues are premature.**

      **Accordingly, IT IS HEREBY ORDERED that Plaintiff's pretrial motions are denied without prejudice.**

IT IS SO ORDERED.

**Dated:   July 27, 2007**           /s/  **William M. Wunderlich**
                                              UNITED STATES MAGISTRATE JUDGE