IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE GIBSON,

        Plaintiff,        CV F 00 5381 AWI WMW P

  vs.                        ORDER RE MOTIONS (DOC 170, 192, 193)

GEORGE GALAZA, et al.,

        Defendants.

        Plaintiff has filed various pretrial motions that will be resolved in a pretrial order. The court will issue an order setting forth specific instructions for the filing of a pretrial statement. Accordingly, IT IS HEREBY ORDERED that Plaintiff's pretrial motions are denied.

IT IS SO ORDERED.

Dated:   August 2, 2007                /s/ William M. Wunderlich
                                        UNITED STATES MAGISTRATE JUDGE