IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE GIBSON,

       Plaintiff,                CV F 00 5381 AWI WMW P

  vs.                           ORDER RE MOTION (DOC 217)

LT. WALKER,

       Defendant.

    Defendant has requested an extension of time in which to file a pretrial statement. Good cause appearing, IT IS HEREBY ORDERED that Defendant's pretrial statement is due January 24, 2008.

IT IS SO ORDERED.

**Dated:   January 11, 2008**                  **/s/ William M. Wunderlich**
                                                      UNITED STATES MAGISTRATE JUDGE