IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE GIBSON,

       Plaintiff,            CV F 00 5381 AWI WMW P

   vs.                         ORDER RE MOTIONS
                                 (DOCS 202, 203, 205)

LT. WALKER,

       Defendant.

      Plaintiff has filed motions titled as follows: Motion for Conference Ex Parte Hearing; Ex Parte Motion for Abuse of Discretion; Motion for Ex Parte Consideration.  In his motion, Plaintiff seeks various hearings.  Plaintiff makes vague references to default judgment, and complains that the Court has failed to calendar hearings.

      This matter is set for jury trial on June 17, 2008.  Plaintiff has filed a pretrial statement, and Defendant has been granted an extension of time to do so.  The November 28, 2007 order set the schedule for litigation, and all appropriate dates and deadlines are set forth in that order.  No other hearings or motions will be set.

      Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions for hearings are denied. IT IS SO ORDERED.

1

Dated:   **January 15, 2008**              **/s/  William M. Wunderlich**
                                       UNITED STATES MAGISTRATE JUDGE