IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **CLARENCE GIBSON,** | 1:00-cv-5381 AWI WMW (PC) |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANT'S REQUEST TO FILE *AMENDED* PRETRIAL STATEMENT** |
| **GEORGE GALAZA, et al.,** | |
| Defendants. | |

Good cause appearing, IT IS ORDERED that Defendant's request to file an Amended Pretrial Statement is GRANTED. Defendant's Amended Pretrial Statement submitted on January 25, 2008, is deemed filed.

IT IS SO ORDERED.

**Dated:    January 28, 2008**        /s/  William M. Wunderlich
                                      UNITED STATES MAGISTRATE JUDGE

1