# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE GIBSON, | 1:00-CV-5381 AWI WMW P |
| Plaintiff, | ORDER REQUIRING DEFENDANT TO NOTIFY COURT WHETHER HE WILL CONSENT TO MAGISTRATE JUDGE JURISDICTION WITHIN TWENTY DAYS |
| v. | |
| LT. WALKER, | ORDER DIRECTING CLERK OF COURT TO SEND DEFENDANT CONSENT/DECLINE FORM |
| Defendant. | |
| _____/ | |

Plaintiff Clarence Gibson is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is set for jury trial on June 17, 2008.

A United States Magistrate Judge is available to conduct trials, including entry of final judgment, pursuant to 28 U.S.C. § 28 U.S.C. 636(c), Federal Rule of Civil Procedure 73, and Local Rule 73-305. Any appeal from a judgment entered by a United States Magistrate Judge is taken directly to the United States Court of Appeal for the Ninth Circuit.

Because of the extraordinarily high case load in this district, this court has United States Magistrate Judges conduct trials in civil rights actions concerning prison conditions whenever possible. Having a Magistrate Judge preside over the trial makes it far more likely a case will proceed on the scheduled trial date, and the trial will not be delayed by other matters. While consenting to Magistrate Judge jurisdiction will most likely expedite resolution of this action, you are hereby advised that no adverse substantive consequences will result if you withhold consent.

In this action, Plaintiff has consented to Magistrate Judge Jurisdiction. However, Defendant has not stated whether he is willing to consent to Magistrate Judge Jurisdiction. Defendant will be provided with forms that will allow him to consent or decline Magistrate Judge Jurisdiction. Within twenty days from the date of service of this order, Defendant shall inform the court whether Defendant will consent to or decline Magistrate Judge Jurisdiction by filling out the form and returning it to the court.

Accordingly, the court HEREBY ORDERS as follows:

1. The Clerk of the Court is DIRECTED to send Defendant the form that will allow him to consent to or decline Magistrate Judge Jurisdiction; and

2. Within **twenty (20) days** from the date of service of this order, Defendant shall notify the court whether he consents to or declines Magistrate Judge jurisdiction by filling out the enclosed form and returning it to the court.

IT IS SO ORDERED.

**Dated:   April 18, 2008**               /s/ **Anthony W. Ishii**
                                         UNITED STATES DISTRICT JUDGE