IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE GIBSON,

    Plaintiff,

vs.

LT. WALKER,

    Defendant.

1: 00 CV 5381  WMW PC

NOTICE AND ORDER THAT PLAINTIFF IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED

Jury trial in this matter commenced on September 22, 2008. Proceedings in this matter have concluded. Accordingly, Plaintiff Clarence Gibson, H-39349, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 9/24/08

UNITED STATES MAGISTRATE JUDGE