IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE GIBSON,

        Plaintiff,        1: 00 CV 5381 WMW PC

  vs.                     ORDER

A. WALKER,

        Defendant.

     Jury trial in this matter is set for December 9, 2008, at 9:00 a.m. before the Honorable William M. Wunderlich in Courtroom Eight.

IT IS SO ORDERED.

**Dated:   September 30, 2008**         /s/  **William M. Wunderlich**
UNITED STATES MAGISTRATE JUDGE

1