IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE GIBSON,

        Plaintiff,        1: 00 CV 5381 WMW PC

   vs.        ORDER

LT. WALKER,

        Defendant.

    Jury trial in this matter is set for January 27, 2009, at 9:00 a.m. in Courtroom Eight before U.S. Magistrate Judge William M. Wunderlich.  A further order will issue, directing the California Department of Corrections and Rehabilitation to transport Plaintiff.

IT IS SO ORDERED.

**Dated:**   **October 24, 2008**           /s/  **William M. Wunderlich**
                                                      UNITED STATES MAGISTRATE JUDGE